No. 5,660.—J. E. EDWARDS ET AL., RESPONDENTS, *v.* PETER ALTMAN, APPELLANT.

*Appeal from District Court, Rosebud County; George A. Horkan, Judge.*

Decided July 13, 1925.

PER CURIAM.—Pursuant to stipulation of counsel, it is ordered that the appeal herein be dismissed, the parties having arrived at a settlement.

*Mr. P. F. Leonard,* for Appellant.

*Messrs. Young & Young,* for Respondent.